IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| NILA ATKINS, | Civil No. 3:07-CV-6182-MA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further evaluate and specify the weight given to the opinions of Dr. Dooley (Tr. 446-460) and Dr. LeBray and Dr. Anderson (Tr. 300-302); the ALJ will further consider Plaintiff's subjective complaints; the ALJ will

///

Page 1     ORDER - [3:07-CV-6182-MA]

further consider Plaintiff's residual functional capacity; and if warranted by the expanded record, the ALJ will obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 3 day of December 2008.

*Malcolm F. Marsh*
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Daphne Banay*
DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant