

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| NILA ATKINS, | Civil No. 3:07-CV-6182-MA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on 12/3/____, 2008.

DATED this _3_ day of _December_ 2008.

_Malcolm F. Marsh_
UNITED STATES DISTRICT JUDGE

Page 1     JUDGMENT [3:07-CV-6182-MA]